O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CLIFFORD INGRAM,<br><br>　　　　　Plaintiff,<br>　　v.<br>J. P. R. MAGALLANES, D. HERNANDEZ, LONG BEACH POLICE, et al.,<br>　　　　　Defendants. | Case No. CV 11-5962-DOC (OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that: (1) accepting this Report and Recommendation; (2) denying Defendants' Motion for Summary Judgment; and (3) referring this matter to District Judge Carter for trial.

DATED: 5/8/14

*David O. Carter*
HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge